# PECHMAN LAW GROUP PLLC
### A T T O R N E Y S   A T   L A W

**488 MADISON AVENUE**
**NEW YORK, NEW YORK 10022**
**(212) 583-9500**
**WWW.PECHMANLAW.COM**

July 19, 2021

**VIA ECF**

Hon. James R. Cho
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 1227 South
Brooklyn, New York 11201

> Re: *Zenteno v. Regina's Family Pizza Inc. et al.,*
>     21 Civ. 2082 (DG)(JRC) – Default Notice

Dear Judge Cho:

On behalf of Plaintiffs Ernesto Zenteno and Noe Huey, we submit this letter to inform the Court that on June 17, 2021, we mailed the attached correspondence to Defendants warning them that failure to appear in this matter could result in a default judgment against them.

We hoped that Defendants would retain an attorney, so that the Parties could discuss the merits of this Action. However, Defendants have chosen to ignore the Action even after being served with the Complaint and receiving the enclosed letter informing them of a potential notation of default against them. Accordingly, Plaintiffs respectfully request that the Court find Defendants in default and grant Plaintiffs leave to file a motion for default judgment by September 15, 2021.

We thank the Court for its time and attention to this matter and are available to address any questions the Court may have.

Respectfully submitted,

Gianfranco J. Cuadra

Enclosure (letter to Defendants)

cc: Defendants (via mail)