UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
ERNESTO ZENTENO, and NOE HUEY, on
behalf of themselves and all others similarly
situated,

                      Plaintiffs,         21 Civ. 2082 (DG)(JRC)

  -against-                                 **REQUEST FOR A CERTIFICATE**
                                                **OF DEFAULT**
REGINA'S FAMILY PIZZA INC. d/b/a
REGINA'S PIZZERIA, and MICHAEL WARD,

                      Defendants.
---------------------------------------------------------------- X

TO:   DOUGLAS C. PALMER, CLERK OF COURT
        UNITED STATES DISTRICT COURT
        EASTERN DISTRICT OF NEW YORK

Please enter the default of Defendants Regina's Family Pizza Inc. d/b/a Regina's Pizzeria and Michael Ward, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, for failure to plead or otherwise defend this action as evidenced in the court's docket in this matter and in the accompanying affidavit of Gianfranco J. Cuadra, Esq.

Dated: New York, New York        PECHMAN LAW GROUP PLLC
       October 20, 2021

                                            By: _____
                                                Gianfranco J. Cuadra, Esq.
                                                Pechman Law Group PLLC
                                                488 Madison Avenue, 17th Floor
                                                New York, NY 10022
                                                Tel.: (212) 583-9500
                                                Fax: (212) 409-8736
                                                cuadra@pechmanlaw.com