UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
ERNESTO ZENTENO, and NOE HUEY, on
behalf of themselves and all others similarly
situated,

       Plaintiffs,    **21 Civ. 2082 (DG) (JRC)**

 -against-          **CLERK'S CERTIFICATE OF DEFAULT**

REGINA'S FAMILY PIZZA INC. d/b/a
REGINA'S PIZZERIA and MICHAEL WARD,

       Defendants.
---------------------------------------------------------------- X

  I, Douglas C. Palmer, Clerk of the United States District Court for the Eastern District of New York, do hereby certify that this action was commenced on April 16, 2021, with the filing of a summons and complaint, copies of the summonses and complaint were served on Regina's Family Pizza Inc. d/b/a Regina's Pizzeria and Michael Ward by personally serving Mark Daci, a person authorized to accept service, and proof of service was filed on May 27, 2021, ECF Nos. 7 and 8, respectively. I further certify that the docket entries indicate that the Defendants have not filed an Answer or otherwise moved with respect to the Complaint in this action. The default of Defendants Regina's Family Pizza Inc. d/b/a Regina's Pizzeria and Michael Ward is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:  New York, New York

    _____, 2021

                DOUGLAS C. PALMER, Clerk of Court

                By: _____
                  Deputy Clerk