# PECHMAN LAW GROUP PLLC
### ATTORNEYS AT LAW

**488 MADISON AVENUE**
**NEW YORK, NEW YORK 10022**
**(212) 583-9500**
**WWW.PECHMANLAW.COM**

June 17, 2021

Michael Ward, Owner
Regina's Family Pizza Inc. d/b/a Regina's Pizzeria
176-49 Union Turnpike
Flushing, NY 11366

Re: *Zenteno v. Regina's Family Pizza Inc. et al.,*
21 Civ. 2082 (DG)(JRC) – Default Notice

Dear Mr. Ward:

As you know, we represent Plaintiffs Ernesto Zenteno and Noe Huey (together, "Plaintiffs"), former employees at Regina's Family Pizza Inc. d/b/a Regina's Pizzeria. On May 12, 2021, we served you and your corporation with summonses and copies of Plaintiffs' Complaint in this action. For your convenience, an extra copy of the Complaint is enclosed to this letter.

We filed proof of service of the summonses and copies of the Complaint on May 27, 2021. Attached to this letter is a printout of the Court's electronic docket. As you can see in docket entries 7 and 8, your Answer to the Complaint was due by June 2, 2021.

In good faith, we are sending you this letter **as a final warning** that unless you retain an attorney to represent you and your corporation in this case, we will file a motion for entry of a notation of default. This means we will request that the Court issue a default judgment against you and Regina's Family Pizza Inc. jointly and severally.

We hope to be able to work on this matter with your attorney, but we cannot wait for your appearance in this case much longer. If you retain an attorney, please have him or her contact me as soon as possible.

Very truly yours,

Gianfranco J. Cuadra

Enclosures
cc: Hon. James R. Cho, U.S. Magistrate Judge (via ECF)

Pechman Decl., Ex. 3