# PECHMAN LAW GROUP PLLC
## ATTORNEYS AT LAW

488 MADISON AVENUE
NEW YORK, NEW YORK 10022
(212) 583-9500
WWW.PECHMANLAW.COM

October 27, 2021

Michael Ward, Owner
Regina's Family Pizza Inc. d/b/a Regina's Pizzeria
176-49 Union Turnpike
Flushing, NY 11366

Re: *Zenteno v. Regina's Family Pizza Inc. et al.,*
    21 Civ. 2082 (DG)(JRC) – Default Certificate

Dear Mr. Ward:

As you know, we represent Plaintiffs Ernesto Zenteno and Noe Huey (together, "Plaintiffs"), former employees at Regina's Family Pizza Inc. d/b/a Regina's Pizzeria. We have made several attempts to contact you, but to date you have neither replied nor had an attorney appear in this case on your behalf or on behalf of Regina's Pizzeria.

On October 20, 2021, we requested a certificate of default against Defendants in this case. On October 25, 2021, the Clerk of the Court issued a certificate of default against you and Regina's Pizzeria. Attached are (a) a copy of the certificate of default and (b) a printout of the court's docket to date, October 27, 2021.

In good faith, we again inform you that you can retain an attorney to represent you and your corporation in this case. If you do not appear in the case by November 12, 2021, however, we will file a motion for default judgment on November 15, 2021.

If you retain an attorney, please have him or her contact me as soon as possible.

Very truly yours,

Gianfranco J. Cuadra

Enclosures
cc: Hon. James R. Cho, U.S. Magistrate Judge (via ECF)

Pechman Decl., Ex. 5