UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

| | | |
|---|---|---|
| ERNESTO ZENTENO, and NOE HUEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>REGINA'S FAMILY PIZZA INC. d/b/a REGINA'S PIZZERIA, and MICHAEL WARD,<br><br>Defendants. | : | **21 Civ. 2082 (DG)(JRC)** |

---------------------------------------------------------------- X

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

I, Ernesto Zenteno, being duly sworn and under penalty of perjury, depose and state as follows:

1. I reside in Queens, New York, and I am over 18 years old.

2. From approximately May 2020 to December 10, 2020, I worked as a cook's aid and dishwasher at Regina's Family Pizza Inc., a New York corporation that owns and does business as Regina's Pizzeria at 176-49 Union Turnpike, Flushing, New York, 11215.

3. Throughout my employment at Regina's Pizzeria, Regina's Pizzeria was a pizzeria and Italian cuisine restaurant. Its website can be accessed here: https://www.reginacafepizza.com/aboutus.aspx. Regina's Pizzeria prepares and serves dishes for its customers to consume on premises or for takeout. Regina's Pizzeria also provides customers with food catering services.

4. My duties at Regina's Pizzeria included chopping vegetables for salads, preparing sauces and dough for pizza, doing prep work, cleaning, dishwashing, and

other related tasks. I did not hire, fire, interview, or discipline employees at Regina's Pizzeria or direct or instruct their work duties.

5. Including myself, Regina's Pizzeria had approximately ten employees.

6. Based on my discussions with other employees who worked at the restaurant longer than I did, the prices of dishes on the restaurant's menu, the amount of ingredients and items purchased by the restaurant, and the number of sales, I believe that Regina's Pizzeria's annual gross volume of sales exceeded $500,000 in 2020.

7. For example, the largest catering orders and sales came from the St. John's University campus, which reopened in September 2020 following a closure due to the COVID-19 pandemic. Large orders from St. John's University include fifteen to twenty pizzas, salads, pasta, and various other items. The pizza orders alone ranged from approximately $240 to $300 each.

8. From May 2020 to mid-November 2020, I regularly worked an average of sixty-six hours per workweek, from approximately 11:00 a.m. to 10:30 p.m. six days per workweek, with a thirty-minute break per workday.

9. From mid-November 2020 to the end of my employment on December 10, 2020, I regularly worked an average of thirty-seven hours per workweek, Monday from approximately 11:00 a.m. to 10:30 p.m., Wednesday from approximately 10:00 a.m. to 5:00 p.m., Thursday from approximately 10:00 a.m. to 10:30 p.m., and Friday from approximately 12:00 p.m. to 8:00 p.m., four days per workweek, with a thirty-minute break per workday. Although I may have worked over forty hours on one or two weeks in this period, I do not recall when I did so or how many hours I worked on those weeks. As such, I provide the schedule I recall working, which is summarized in this paragraph.

10. The restaurant would close, and so I did not work, on Thanksgiving and the Fourth of July of 2020.

11. Due to personal reasons, in the beginning of June 2020, I did not work two consecutive days one workweek. I also did not work one additional day in mid-June 2020, on another workweek, due to health reasons.

12. Throughout my employment with Regina's Pizzeria, I was paid on a day-rate basis. This was the only pay that I received from Defendants per workweek.

13. In May 2020, Regina's Pizzeria paid me $110 per workday.

14. In June 2020, Regina's Pizzeria paid me $120 per workday.

15. From approximately mid-July 2020 to December 10, 2020, Regina's Pizzeria paid me $130 per workday.

16. Throughout my employment at Regina's Pizzeria, except for the last four weeks, I regularly worked over 40 hours per workweek, but I did not receive wages at the rate of 1.5 times my regularly hourly wage rate for those hours.

17. Throughout my employment with Regina's Pizzeria, I was paid my weekly wages in cash distributed in envelopes.

18. I did not receive any documentation from Regina's Pizzeria at the start of my employment setting forth how much I would be paid per regular hour, per hour over forty, or what the regular payday was.

19. Throughout my employment at Regina's Pizzeria, I did not receive any documentation with my weekly pay reflecting my wage payments, my rate of pay, or my total hours worked in the given workweek.

20. Regina's Pizzeria failed to pay me a "deposit" of $780, which was deducted from my wages in order to work at Regina's Pizzeria. Mark, a manager at Regina's Pizzeria, told me at the start of my employment that the deposit would be returned upon the termination of my employment at Regina's Pizzeria, but I never received it.

21. My attorney translated all paragraphs in this document into Spanish for me before I signed it. Spanish is my native language. (*Mi abogado tradujo todos los párrafos en este documento al español para mi antes de que yo lo firme. El español es mi lengua natal.*)

22. I affirm under penalty of perjury that the foregoing is true and correct.

Ernesto Zenteno

Sworn to me this 10 day of November 2021

Notary Public

Miguelina Marte Paulino
Notary Public, State of New York
Reg. No. 01MA6411839
Qualified in New York County
Commission Expires Dec. 07, 2024