*Ernesto Zenteno v. Regina's Family Pizza Inc.*, 21 Civ. 2082 (DG)(JRC)

**Damage Calculations - Summary**

**Pechman Decl., Exhibit 8**

| | Unpaid Min. Wages | SOH Wages Due | OT Wages Due | Wages Due | Unlawful Deductions | Liquidated Damages | NYLL Interest Due | WTPA Damages | Total Damages |
|---|---|---|---|---|---|---|---|---|---|
| Ernesto Zenteno | $225.45 | $2,565.00 | $19,134.00 | $21,924.45 | $780.00 | $22,704.45 | $2,519.26 | $10,000.00 | $57,928.16 |
| Noe Huey | $14.85 | $1,485.00 | $15,517.38 | $17,017.23 | $800.00 | $17,817.23 | $1,265.27 | $9,950.00 | $46,849.72 |
| Totals | $240.30 | $4,050.00 | $34,651.38 | $38,941.68 | $1,580.00 | $40,521.68 | $3,784.53 | $19,950.00 | **$104,777.88** |

*Ernesto Zenteno v. Regina's Family Pizza Inc.*, 21 Civ. 2082 (DG)(JRC)

**Damages Calculations for Ernesto Zenteno**

**Pechman Decl., Exhibit 8**

| Period From | Period To | Days Worked Per Workweek | Hours Worked Per Workweek | Overtime Hours Worked Per Workweek | Daily Rate Paid | Weekly Pay | Statutory Minimum Wage Rate | Hourly Wage Rate | OT Premium | SOH Shifts Worked | Unpaid Min. Wages | Unpaid SOH Wages | Unpaid OT Wages | Unpaid Wages Per Workweek | Unlawful Deductions | NYLL Liquidated Damages | Total Damages Per Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/4/20 | 5/10/20 | 6 | 66 | 26 | $110.00 | $660.00 | $15.00 | $16.50 | $24.75 | 6 | $0.00 | $90.00 | $643.50 | $733.50 | | $733.50 | $1,467.00 |
| 5/11/20 | 5/17/20 | 6 | 66 | 26 | $110.00 | $660.00 | $15.00 | $16.50 | $24.75 | 6 | $0.00 | $90.00 | $643.50 | $733.50 | | $733.50 | $1,467.00 |
| 5/18/20 | 5/24/20 | 6 | 66 | 26 | $110.00 | $660.00 | $15.00 | $16.50 | $24.75 | 6 | $0.00 | $90.00 | $643.50 | $733.50 | | $733.50 | $1,467.00 |
| 5/25/20 | 5/31/20 | 6 | 66 | 26 | $110.00 | $660.00 | $15.00 | $16.50 | $24.75 | 6 | $0.00 | $90.00 | $643.50 | $733.50 | | $733.50 | $1,467.00 |
| 6/1/20 | 6/7/20 | 4 | 44 | 4 | $120.00 | $480.00 | $15.00 | $12.00 | $22.50 | 3 | $120.00 | $45.00 | $90.00 | $255.00 | | $255.00 | $510.00 |
| 6/8/20 | 6/14/20 | 6 | 66 | 26 | $120.00 | $720.00 | $15.00 | $18.00 | $27.00 | 6 | $0.00 | $90.00 | $702.00 | $792.00 | | $792.00 | $1,584.00 |
| 6/15/20 | 6/21/20 | 5 | 55 | 15 | $120.00 | $600.00 | $15.00 | $15.00 | $22.50 | 6 | $0.00 | $90.00 | $337.50 | $427.50 | | $427.50 | $855.00 |
| 6/22/20 | 6/28/20 | 6 | 66 | 26 | $120.00 | $720.00 | $15.00 | $18.00 | $27.00 | 6 | $0.00 | $90.00 | $702.00 | $792.00 | | $792.00 | $1,584.00 |
| 6/29/20 | 7/5/20 | 5 | 55 | 15 | $120.00 | $600.00 | $15.00 | $15.00 | $22.50 | 5 | $0.00 | $75.00 | $337.50 | $412.50 | | $412.50 | $825.00 |
| 7/6/20 | 7/12/20 | 6 | 66 | 26 | $120.00 | $720.00 | $15.00 | $18.00 | $27.00 | 6 | $0.00 | $90.00 | $702.00 | $792.00 | | $792.00 | $1,584.00 |
| 7/13/20 | 7/19/20 | 6 | 66 | 26 | $130.00 | $780.00 | $15.00 | $19.50 | $29.25 | 6 | $0.00 | $90.00 | $760.50 | $850.50 | | $850.50 | $1,701.00 |
| 7/20/20 | 7/26/20 | 6 | 66 | 26 | $130.00 | $780.00 | $15.00 | $19.50 | $29.25 | 6 | $0.00 | $90.00 | $760.50 | $850.50 | | $850.50 | $1,701.00 |
| 7/27/20 | 8/2/20 | 6 | 66 | 26 | $130.00 | $780.00 | $15.00 | $19.50 | $29.25 | 6 | $0.00 | $90.00 | $760.50 | $850.50 | | $850.50 | $1,701.00 |
| 8/3/20 | 8/9/20 | 6 | 66 | 26 | $130.00 | $780.00 | $15.00 | $19.50 | $29.25 | 6 | $0.00 | $90.00 | $760.50 | $850.50 | | $850.50 | $1,701.00 |
| 8/10/20 | 8/16/20 | 6 | 66 | 26 | $130.00 | $780.00 | $15.00 | $19.50 | $29.25 | 6 | $0.00 | $90.00 | $760.50 | $850.50 | | $850.50 | $1,701.00 |
| 8/17/20 | 8/23/20 | 6 | 66 | 26 | $130.00 | $780.00 | $15.00 | $19.50 | $29.25 | 6 | $0.00 | $90.00 | $760.50 | $850.50 | | $850.50 | $1,701.00 |
| 8/24/20 | 8/30/20 | 6 | 66 | 26 | $130.00 | $780.00 | $15.00 | $19.50 | $29.25 | 6 | $0.00 | $90.00 | $760.50 | $850.50 | | $850.50 | $1,701.00 |
| 8/31/20 | 9/6/20 | 6 | 66 | 26 | $130.00 | $780.00 | $15.00 | $19.50 | $29.25 | 6 | $0.00 | $90.00 | $760.50 | $850.50 | | $850.50 | $1,701.00 |
| 9/7/20 | 9/13/20 | 6 | 66 | 26 | $130.00 | $780.00 | $15.00 | $19.50 | $29.25 | 6 | $0.00 | $90.00 | $760.50 | $850.50 | | $850.50 | $1,701.00 |
| 9/14/20 | 9/20/20 | 6 | 66 | 26 | $130.00 | $780.00 | $15.00 | $19.50 | $29.25 | 6 | $0.00 | $90.00 | $760.50 | $850.50 | | $850.50 | $1,701.00 |
| 9/21/20 | 9/27/20 | 6 | 66 | 26 | $130.00 | $780.00 | $15.00 | $19.50 | $29.25 | 6 | $0.00 | $90.00 | $760.50 | $850.50 | | $850.50 | $1,701.00 |
| 9/28/20 | 10/4/20 | 6 | 66 | 26 | $130.00 | $780.00 | $15.00 | $19.50 | $29.25 | 6 | $0.00 | $90.00 | $760.50 | $850.50 | | $850.50 | $1,701.00 |
| 10/5/20 | 10/11/20 | 6 | 66 | 26 | $130.00 | $780.00 | $15.00 | $19.50 | $29.25 | 6 | $0.00 | $90.00 | $760.50 | $850.50 | | $850.50 | $1,701.00 |
| 10/12/20 | 10/18/20 | 6 | 66 | 26 | $130.00 | $780.00 | $15.00 | $19.50 | $29.25 | 6 | $0.00 | $90.00 | $760.50 | $850.50 | | $850.50 | $1,701.00 |
| 10/19/20 | 10/25/20 | 6 | 66 | 26 | $130.00 | $780.00 | $15.00 | $19.50 | $29.25 | 6 | $0.00 | $90.00 | $760.50 | $850.50 | | $850.50 | $1,701.00 |
| 10/26/20 | 11/1/20 | 6 | 66 | 26 | $130.00 | $780.00 | $15.00 | $19.50 | $29.25 | 6 | $0.00 | $90.00 | $760.50 | $850.50 | | $850.50 | $1,701.00 |
| 11/2/20 | 11/8/20 | 6 | 66 | 26 | $130.00 | $780.00 | $15.00 | $19.50 | $29.25 | 6 | $0.00 | $90.00 | $760.50 | $850.50 | | $850.50 | $1,701.00 |
| 11/9/20 | 11/15/20 | 6 | 66 | 26 | $130.00 | $780.00 | $15.00 | $19.50 | $29.25 | 6 | $0.00 | $90.00 | $760.50 | $850.50 | | $850.50 | $1,701.00 |
| 11/16/20 | 11/22/20 | 4 | 37 | 0 | $130.00 | $520.00 | $15.00 | $14.05 | $22.50 | 2 | $35.15 | $30.00 | $0.00 | $65.15 | | $65.15 | $130.30 |
| 11/23/20 | 11/29/20 | 3 | 25 | 0 | $130.00 | $390.00 | $15.00 | $15.60 | $23.40 | 1 | $0.00 | $15.00 | $0.00 | $15.00 | | $15.00 | $30.00 |
| 11/30/20 | 12/6/20 | 4 | 37 | 0 | $130.00 | $520.00 | $15.00 | $14.05 | $22.50 | 2 | $35.15 | $30.00 | $0.00 | $65.15 | | $65.15 | $130.30 |
| 12/7/20 | 12/13/20 | 4 | 37 | 0 | $130.00 | $520.00 | $15.00 | $14.05 | $22.50 | 2 | $35.15 | $30.00 | $0.00 | $65.15 | $780.00 | $845.15 | $1,690.30 |
| | | | | | | | | | | | **$225.45** | **$2,565.00** | **$19,134.00** | **$21,924.45** | **$780.00** | **$22,704.45** | **$45,408.90** |

| NYLL Interest Due | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Start Date | End Date | Days | Days / 2 | Midpoint | Days b/w Midpoint & 11/15/21 | Wages Due | Daily Interest Due | TOTAL INTEREST |
| 5/4/20 | 12/10/20 | 220 | 110 | 8/22/20 | 450.00 | $22,704.45 | $5.60 | **$2,519.26** |

| Wage Theft Prevention Act Statutory Damages | | | | |
|---|---|---|---|---|
| Violation | Amount per workday | Workdays | Amounts Due (up to $5000) | TOTAL |
| Notices - NYLL § 195(1) | $50 | 179 | $5,000.00 | **$10,000.00** |
| Paystubs - NYLL § 195(3) | $250 | 179 | $5,000.00 | |

| | |
|---|---|
| **TOTAL DAMAGES:** | **$57,928.16** |

*Total does not include attorneys' fees or costs

*Ernesto Zenteno v. Regina's Family Pizza Inc.*, 21 Civ. 2082 (DG)(JRC)

**Damages Calculations for Noe Huey**

**Pechman Decl., Exhibit 8**

| Period | | Days Worked Per Workweek | Hours Worked Per Workweek | Overtime Hours Worked Per Workweek | Daily Rate Paid | Weekly Pay | Statutory Minimum Wage Rate | Hourly Wage Rate | OT Premium | SOH Shifts Worked | Unpaid Min. Wages | Unpaid SOH Wages | Unpaid OT Wages | Unpaid Wages Per Workweek | Unlawful Deductions | NYLL Liquidated Damages | Total Damages Per Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From | To | | | | | | | | | | | | | | | | |
| 11/30/20 | 12/6/20 | 3 | 33.5 | 0 | $165.00 | $495.00 | $15.00 | $14.78 | $22.50 | 3 | $7.37 | $45.00 | $0.00 | $52.37 | | $52.37 | $104.74 |
| 12/7/20 | 12/13/20 | 6 | 67 | 27 | $165.00 | $990.00 | $15.00 | $24.75 | $37.13 | 6 | $0.00 | $90.00 | $1,002.51 | $1,092.51 | | $1,092.51 | $2,185.02 |
| 12/14/20 | 12/20/20 | 6 | 67 | 27 | $165.00 | $990.00 | $15.00 | $24.75 | $37.13 | 6 | $0.00 | $90.00 | $1,002.51 | $1,092.51 | | $1,092.51 | $2,185.02 |
| 12/21/20 | 12/27/20 | 5 | 55.5 | 15.5 | $165.00 | $825.00 | $15.00 | $20.63 | $30.95 | 5 | $0.00 | $75.00 | $479.73 | $554.73 | | $554.73 | $1,109.46 |
| 12/28/20 | 1/3/21 | 6 | 67 | 27 | $165.00 | $990.00 | $15.00 | $24.75 | $37.13 | 6 | $0.00 | $90.00 | $1,002.51 | $1,092.51 | | $1,092.51 | $2,185.02 |
| 1/4/21 | 1/10/21 | 6 | 67 | 27 | $165.00 | $990.00 | $15.00 | $24.75 | $37.13 | 6 | $0.00 | $90.00 | $1,002.51 | $1,092.51 | | $1,092.51 | $2,185.02 |
| 1/11/21 | 1/17/21 | 6 | 67 | 27 | $165.00 | $990.00 | $15.00 | $24.75 | $37.13 | 6 | $0.00 | $90.00 | $1,002.51 | $1,092.51 | | $1,092.51 | $2,185.02 |
| 1/18/21 | 1/24/21 | 6 | 67 | 27 | $165.00 | $990.00 | $15.00 | $24.75 | $37.13 | 6 | $0.00 | $90.00 | $1,002.51 | $1,092.51 | | $1,092.51 | $2,185.02 |
| 1/25/21 | 1/31/21 | 6 | 67 | 27 | $165.00 | $990.00 | $15.00 | $24.75 | $37.13 | 6 | $0.00 | $90.00 | $1,002.51 | $1,092.51 | | $1,092.51 | $2,185.02 |
| 2/1/21 | 2/7/21 | 6 | 67 | 27 | $165.00 | $990.00 | $15.00 | $24.75 | $37.13 | 6 | $0.00 | $90.00 | $1,002.51 | $1,092.51 | | $1,092.51 | $2,185.02 |
| 2/8/21 | 2/14/21 | 6 | 67 | 27 | $165.00 | $990.00 | $15.00 | $24.75 | $37.13 | 6 | $0.00 | $90.00 | $1,002.51 | $1,092.51 | | $1,092.51 | $2,185.02 |
| 2/15/21 | 2/21/21 | 6 | 67 | 27 | $165.00 | $990.00 | $15.00 | $24.75 | $37.13 | 6 | $0.00 | $90.00 | $1,002.51 | $1,092.51 | | $1,092.51 | $2,185.02 |
| 2/22/21 | 2/28/21 | 6 | 67 | 27 | $165.00 | $990.00 | $15.00 | $24.75 | $37.13 | 6 | $0.00 | $90.00 | $1,002.51 | $1,092.51 | | $1,092.51 | $2,185.02 |
| 3/1/21 | 3/7/21 | 6 | 67 | 27 | $165.00 | $990.00 | $15.00 | $24.75 | $37.13 | 6 | $0.00 | $90.00 | $1,002.51 | $1,092.51 | | $1,092.51 | $2,185.02 |
| 3/8/21 | 3/14/21 | 6 | 67 | 27 | $165.00 | $990.00 | $15.00 | $24.75 | $37.13 | 6 | $0.00 | $90.00 | $1,002.51 | $1,092.51 | | $1,092.51 | $2,185.02 |
| 3/15/21 | 3/21/21 | 6 | 67 | 27 | $165.00 | $990.00 | $15.00 | $24.75 | $37.13 | 6 | $0.00 | $90.00 | $1,002.51 | $1,092.51 | | $1,092.51 | $2,185.02 |
| 3/22/21 | 3/28/21 | 6 | 67 | 27 | $165.00 | $990.00 | $15.00 | $24.75 | $37.13 | 6 | $0.00 | $90.00 | $1,002.51 | $1,092.51 | | $1,092.51 | $2,185.02 |
| 3/29/21 | 4/4/21 | 1 | 11.5 | 0 | $165.00 | $165.00 | $15.00 | $14.35 | $22.50 | 1 | $7.48 | $15.00 | $0.00 | $22.48 | $800.00 | $822.48 | $1,644.95 |
| | | | | | | | | | | | **$14.85** | **$1,485.00** | **$15,517.38** | **$17,017.23** | **$800.00** | **$17,817.23** | **$35,634.45** |

**NYLL Interest Due**

| Start Date | End Date | Days | Days / 2 | Midpoint | Days b/w Midpoint & 11/15/21 | Wages Due | Daily Interest Due | TOTAL INTEREST |
|---|---|---|---|---|---|---|---|---|
| 12/4/20 | 3/29/21 | 115 | 58 | 1/31/21 | 288.00 | $17,817.23 | $4.39 | **$1,265.27** |

**Wage Theft Prevention Act Statutory Damages**

| Violation | Amount per workday | Workdays | Amounts Due (up to $5000) | TOTAL |
|---|---|---|---|---|
| Notices - NYLL § 195(1) | $50 | 99 | $4,950.00 | **$9,950.00** |
| Paystubs - NYLL § 195(3) | $250 | 99 | $5,000.00 | |

| | |
|---|---|
| **TOTAL DAMAGES:** | **$46,849.72** |

*Total does not include attorneys' fees or costs