UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ERNESTO ZENTENO, and NOE HUEY, on behalf
of themselves and all others similarly situated,

                             Plaintiffs,

    -against-

REGINA'S FAMILY PIZZA INC. d/b/a REGINA'S
PIZZERIA, and MICHAEL WARD,

                            Defendants.
-----------------------------------------------------------------x

**NOTICE TO DEFENDANTS**

21-cv-02082-DG-JRC

Telephone Hearing:
Date: January 12, 2021
Time: 11:30 a.m. (EST)

Dial-In: (888) 808-6929
Access Code: 106-5334

**JAMES R. CHO, United States Magistrate Judge:**

       Plaintiffs Ernesto Zenteno and Noe Huey ("Plaintiffs"), have started a lawsuit against **Defendants Regina's Family Pizza Inc. d/b/a Regina's Pizzeria ("Regina's Pizzeria"), and Michael Ward (collectively, "Defendants").** You are receiving this notice as one of the Defendants.

       Plaintiffs allege that you owe them unpaid wages and penalties under federal and state law. Plaintiffs are seeking tens of thousands of dollars in damages.

       You are receiving this notice because you have not answered or otherwise responded to the Court about the Plaintiffs' allegations. Plaintiffs claim that you have received written notice of this lawsuit.

       Plaintiffs have asked the Court to enter a default judgment in their favor against you. Plaintiffs have asked the Court to conclude: (1) that you do not oppose Plaintiffs' allegations, or disagree with their claims; and (2) that Plaintiffs are entitled to judgment in the full amount they claim you owe them. This amount may total more than tens of thousands of dollars for which you may be responsible. <u>If you continue to fail to participate, the Court may grant Plaintiffs' request and enter the default judgment.</u>

A judgment is a public record with significant potential consequences, particularly if you do not pay the judgment. Plaintiffs may be allowed to enforce an unpaid judgment through various methods against you.

Enclosed is an order scheduling a Telephone Conference for January 12, 2021 at 11:30 a.m. (EST) to discuss Plaintiffs' motion asking the Court to enter default judgment against you. You may participate in the conference by calling **888-808-6929** and typing in the access code **106-5334**. As an individual defendant, you may have a lawyer appear for you. Corporate defendants must be represented by counsel.

On or before January 5, 2021, if you would like to inform the Court and Plaintiffs of your views, including as to whether you received notice about the lawsuit prior to this notice, or what your factual and legal objections are to Plaintiffs' claims, you may send a letter or statement to the Court and to Plaintiffs' counsel, whose information is at the bottom of the page. If you did not receive a copy of the complaint, you may request one from Plaintiffs' lawyer or the Clerk of Court. Any letter or statement to the Court should clearly identify the case name and number from the caption of this notice and can be mailed or delivered to:

United States District Court for the Eastern District of New York
Attn: Clerk's Office / Judge Cho
225 Cadman Plaza East
Brooklyn, New York 11201

By <u>December 7, 2021</u>, plaintiffs are ordered to serve a copy of this notice and the full docket sheet to the Defendants at the following addresses and file proof of service on ECF:

> Regina's Pizzeria
> 176-49 Union Turnpike,
> Flushing, New York, 11215
>
> Regina Café and Pizzeria
> 176-49 Union Turnpike,
> Queens, New York, 11366
>
> Michael Ward
> c/o Regina's Family Pizza Inc. d/b/a Regina's Pizzeria
> 176-49 Union Turnpike,
> Flushing, New York, 11215
>
> Michael Ward
> c/o Regina Café and Pizzeria
> 176-49 Union Turnpike,
> Queens, New York, 11366

Dated: Brooklyn, New York
November 30, 2021

s/ James R. Cho
JAMES R. CHO
United States Magistrate Judge

<u>Plaintiffs' Counsel</u>
Gianfranco J Cuadra
Louis Pechman
Pechman Law Group, PLLC
488 Madison Avenue, 11th Floor
New York, NY 10022
212-583-9500
Fax: 212-308-8582
Email: cuadra@pechmanlaw.com
Email: pechman@pechmanlaw.com